**Harold Shear, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,728.**

Action for injuries to automobile guest in collision with train. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 22, 1927.

Hunter & Minor, for appellant; Vernon W. Foster, of counsel. Miller & Streeter, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

THIRD DISTRICT.

---

**Lincoln Park Coal & Brick Company, plaintiffs in error, v. Wabash Railway Company, defendant in error. Gen. No. 8,025.**

Action in subrogation under Workmen's Compensation Act. Judgment for defendant. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed June 29, 1927. Rehearing denied October 12, 1927.

Johnson & Pefferle, for plaintiffs in error. Allen & Converse, for defendant in error.

Per curiam.

---

**Israel Sherman, administrator of the estate of Max Sherman, deceased, appellee, v. Illinois Traction, Inc., appellant. Gen. No. 8,035.**

Action for death of automobile guest by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed June 29, 1927. Rehearing denied October 12, 1927.

Graham & Graham, for appellant. T. J. Sullivan, for appellee.

Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Thomas Kelley, plaintiff in error. Gen. No. 8,067.**

Prosecution for unlawful sale of intoxicants. Conviction and sentence. Error to the County Court of McDonough county; the Hon. T. H. Miller, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

Edward Pree, T. MacDowning and Russell F. Meyer, for plaintiff in error. William R. Harris, State's Attorney, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.